IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PERTZSCH DESIGN, INC.,

    Plaintiff,

v.

GUNDERSEN LUTHERAN
HEALTH SYSTEM, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-538-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Gundersen Lutheran Health System, Inc. and this case is dismissed.


_____
  Peter Oppeneer, Clerk of Court

\_\_\_8/24/2009\_\_\_
  Date